# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID R. DURINGER,<br><br>      Plaintiff,<br><br>vs.<br><br>CITY OF MORRO BAY; JOSEPH COX, A/K/A JODY COX; AMY WATKINS; AND DOES 1-10.<br><br>      Defendants | Case No.: 2:25-cv-00073-CBM (JCx)<br><br>JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE |

      WHEREAS, on March 5, 2025, Defendants CITY OF MORRO BAY, JOSEPH COX aka JODY COX, and AMY WATKINS (collectively, "Defendants") served upon Plaintiff DAVID R. DURINGER an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure; and

      WHEREAS, said Offer of Judgment provided for judgment to be entered in favor of Plaintiff DAVID R. DURINGER against Defendants CITY

OF MORRO BAY, JOSEPH COX aka JODY COX, and AMY WATKINS in the sum of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00), inclusive of all costs and fees incurred prior to the date of the offer, including reasonable attorney's fees awardable by statute or otherwise, and any claim for fees payable to expert witnesses or other costs that might be recoverable against Defendants in this action; and

      WHEREAS, on March 19, 2025, Plaintiff DAVID R. DURINGER accepted Defendants' Offer of Judgment in writing, and said acceptance was served upon Defendants' counsel;

      NOW, THEREFORE, pursuant to Rule 68 of the Federal Rules of Civil Procedure and the agreement of the parties as evidenced by the Offer of Judgment and Plaintiff's acceptance thereof:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment is entered in favor of Plaintiff DAVID R. DURINGER and against Defendants CITY OF MORRO BAY, JOSEPH COX aka JODY COX, and AMY WATKINS, jointly and severally, in the total amount of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00).

2. This amount is inclusive of all costs and fees incurred by Plaintiff prior to March 5, 2025, including reasonable attorney's fees awardable by statute or otherwise, and any claim for fees payable to expert

witnesses or other costs that might be recoverable against Defendants in this action.

3. This judgment fully resolves all claims asserted by Plaintiff against Defendants CITY OF MORRO BAY, JOSEPH COX aka JODY COX, and AMY WATKINS in this action. Claims against DOES 1-10, if any remain, are dismissed without prejudice, as no such defendants have been identified or served.

4. The Clerk of the Court is directed to enter this judgment forthwith.

DATED: May 5, 2025

_____
HONORABLE CONSUELO B. MARSHALL
United States District Judge